**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Robert E. Mincey
Main Prison-Spruce 1 DOC No. 530514
Louisiana State Prison
Angola, LA 70712


**REHEARING ACTION: January 27, 2016**


**Docket Number: 15   00623-CA**

**STATE OF LOUISIANA**
**VERSUS**
**$1330.00 IN U.S. CURRENCY (REFERENCE:  ROBERT MINCEY)**

**Appealed from Calcasieu Parish Case No. 2010-5896**


**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. Marc T. Amy**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Mincey** has this day been

    **DENIED.**
    Cooks, J., would grant the rehearing.


cc: Robert Sere' Kleinschmidt, Jr., Counsel for the Appellee
    Robert C. McCorquodale, Counsel for the Appellee